### JOHN O'BRIEN *vs.* JAMES I. MURPHY.

Middlesex.    January 13, 1893. — March 4, 1893.

Present: FIELD, C. J., ALLEN, HOLMES, KNOWLTON, & BARKER, JJ.

*Omission to state Ground of Exception.*

A bill of exceptions which states that a certain conversation was admitted in evidence, but does not show what it was, affords no ground of exception.

TORT for the conversion of a horse. At the trial in the Superior Court, before *Bond*, J., there was evidence tending to show that the defendant, as constable, attached a horse on a writ against Patrick O'Connor as his property. The plaintiff introduced in evidence a bill of sale of the horse to him from O'Connor, who was his brother in law. On direct examination the plaintiff was asked, " At any time did your brother in law get any money from you, and under what circumstances? " The defendant objected to the admission of this evidence, but the presiding judge overruled the objection, and admitted the evidence.

The jury returned a verdict for the plaintiff; and the defendant alleged exceptions.

*J. H. Ponce*, for the defendant.

*F. P. Curran*, for the plaintiff.

FIELD, C. J. The exceptions do not show what the contents of the bill of sale were, or what the conversation testified to was,

and we cannot say that the evidence was incompetent, or, if it was, that the defendant has been prejudiced by the admission of it.                                        *Exceptions overruled.*